# SYLLABI

No. 726

DILLON v. CLEVELAND (City) et.

Error to Cuyahoga Appeals.

Judgment affirmed.

801. MUNICIPAL LAW. Initiative and Referendum. 1. Secs. 4227, 1-12, GC. apply to both cities having charter containing initiative and referendum provisions for its ordinances and legislation, and those having no charter.

2. Sec. 1 g Art. 2, O. Const. applies only to state wide legislation. General state laws and ordinances containing init. and ref. provisions need not conform thereto.

3. Reasonable and constitutional init. and ref. provisions in city charter must be followed in preparing and filing petition.

291. CONSTITUTIONAL LAW. Home rule cities exempt. Provisions of 4227-12 GC. exempting charter cities having their own init. and ref. provisions, not in conflict with Art. 2, Sec. 26 or 1f of Constitution.

681. JURISDICTION. Court of Appeals may direct a reference in pending cases in its court on appeal from common pleas, and may direct referee to make findings and report conclusions of law.
MARSHALL, C. J.

1. Sections 4227-1 to 4227-13, General Code, provide the procedure for the initiative and referendum in cities having no charter and in cities having a charter which contains no initiative and referendum provision for its own ordinances and other legislative measures.

2. Section 1g of Article 2 of the Ohio constitution has application only to state-wide legislation and general laws of the state relating to the initiative and referendum in cities and city charters containing initiative and referendum provisions are not required to conform thereto.

3. In any city which has adopted a charter containing initiative and referendum provisions and such provisions are reasonable and not in contravention of constitutional provisions relating thereto, such procedure must be followed in preparing and filing an initiative or referendum petition.

# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### SEPT 15, 1927

20754—State of Ohio ex rel. Sophia M. Gaede, v. William D. Guion, Commission of Buildings of Cleveland; C. F. Shuler, William S. Ferguson and Herman Krigelius, members of Board of Appeals under Cleveland Building code; in mandamus. Kelly, David & Cottrell, Cleveland, for pltff; Carl Shuler, Cleveland, for defts.

### SEPT. 16, 1927

20755—Joseph Kunic v. Cleveland Railway Co; motion for Cuyahoga Appeals to certify. Nicola & Harn, Cleveland, for pltff; Squire, Sanders & Dempsey, Cleveland, for deft.

### SEPT. 17, 1927

20756—Purrill D. Trepanier v. Toledo & Ohio Cent. Ry. Co; motion for Lucas Appeals to certify. Ritter & Brumback, Toledo, for pltff; Doyle & Lewis, Toledo, for deft.

20757—Samuel Franklin Henderson v. John Q. Shunk, as Trustee of Shunk Manufacturing Co; motion for Crawford Appeals to certify. Ritter & Brumback, Toledo, for pltff; W. J. Geer, Galion, for deft.

### SEPT. 20, 1927

20758—North British & Merc. Ins. Co. v. Uriah W. Garber; motion for Montgomery Appeals to certify. Mathews & Mathews, Dayton, and Mooney, Bibbee & Edmonds, Columbus, for pltff; Shank & List, Dayton, for deft.

20759—Sylvania Busses, Inc., v. City of Toledo; error to the Court of Appeals of Lucas county. E. H. Young, Toledo, for pltff; F. M. Dotson, Toledo, for deft.

### SEPT. 21, 1927

20761—State of Ohio ex rel Edward C. Turner, Attorney General, v. Steubenville, East Liverpool & Beaver Valley Traction Co; In Quo Warranto. Turner and Godown, Columbus, for the pltff; McKinley Young, Jefferson, for deft.

20762—G. E. Parker and W. P. Burton v. A. J. Kane; motion for Ashtabula Appeals to certify. C. L. Shaylor, Ashtabula, for pltff; F. R. Hogue, Ashtabula, for deft.

---

4. Section 4227-12, General Code, is a recognition of the constitutional limitations placed upon the legislature by the home rule provisions of article 18 of the Ohio constitution and is not in conflict with section 26 of article 2 or section 1f of article 2 of the Ohio constitution.

5. The court of appeals has both inherent and statutory authority to direct a reference in chancery cases pending in that court on appeal from the court of common pleas and has power to direct a referee to make findings of fact and report conclusions of law.

Judgment affirmed.

(Day, Allen and Robinson, JJ., concur. Jones, J., not participating.)

## PROCEEDINGS OF
## SUPREME COURT

INDEX WILL BE FOUND ON LAST PAGE OF THIS ISSUE.

### PROCEEDINGS
### OHIO SUPREME COURT
### WEDNESDAY, OCTOBER 5, 1927

For List of Cases See Omnibus Index, Last Page of Cover

### GENERAL DOCKET

20676—Edmund B. Dillon v. City of Cleveland et al; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, CJ., Day, Allen and Robinson, JJ., concur. Jones, J., not participating.

20701—The State of Ohio, ex rel. Myrtle F. Tilton et al., v. G. F. Schlessinger, Director of Highways and Public Works. In Mandamus. Dismissed by consent of parties at defendant's costs, without record.

### MOTION DOCKET.

20392—State of Ohio, ex rel. Collett v. Truax, Director of Agriculture. Motion by relator to retax costs. Allowed.

20544—Baltimore & Ohio R. R. Co. v. T. B. Pearman & Co. Motion for an order directing the Court of Appeals of Mahoning county to certify its record. Overruled.

20545—Pennsylvania R. R. Co. v. Mike Maslek. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Allowed.

20580—Industrial Commission of Ohio v. Clara Davison. Motion for an order directing the Court of Appeals of Seneca county to certify its record. Allowed.

20584—Meyer Heller v. The Standard Accident Ins. Co. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Allowed.

20586—Cleveland Ry. Co. v. Charles Presti. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Allowed.

20588—George Klar v. The Erie R. R. Co. et al. Motion for an order directing the Court of Appeals of Portage county to certify its record. Allowed.

20603—Industrial Commission of Ohio v. Sam Kloczko. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled.

20624—Mannie G. Salisbury v. L. R. Wade, Extr. Motion for an order directing the Court of Appeals of Hardin county to certify its record. Overruled.

20642—Maude A. Fassnacht v. Christina Fassnacht. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Overruled.

20688—John S. Madill v. State of Ohio. Motion for leave to file petition in error to the Court of Appeals of Cuyahoga county. Overruled.